UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| QIANA K. FEEMSTER-WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26 CV 1504 CDP |
| | ) | |
| ST. LOUIS COUNTY BOARD OF ELECTION COMISSIONERS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon self-represented plaintiff Qiana K. Feemster-Wright's application to proceed in this Title VII employment discrimination case without prepayment of the $405 filing fee. Having reviewed the application and the financial information submitted in support, I will grant the application and waive the filing fee.

I will also order the Clerk of Court to issue process or cause process to issue upon plaintiff's complaint as to defendant St. Louis County Board of Election Commissioners at the address provided by plaintiff: 725 Northwest Plaza Drive, St. Ann, Missouri 63074.

Finally, I will deny plaintiff's motion to appoint counsel at this time. In civil cases, a pro se litigant does not have a constitutional or statutory right to appointed counsel. *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013). Rather, a

district court may appoint counsel in a civil case if it is "convinced that an indigent plaintiff has stated a non-frivolous claim . . . and where the nature of the litigation is such that plaintiff as well as the court will benefit from the assistance of counsel." *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018). When determining whether to appoint counsel for an indigent litigant, the Court considers relevant factors such as the complexity of the case, the ability of the pro se litigant to investigate the facts, the existence of conflicting testimony, and the ability of the pro se litigant to present her claim. *Phillips v. Jasper Cnty. Jail*, 437 F.3d 791, 794 (8th Cir. 2006).

After reviewing these factors, I conclude that the appointment of counsel is not warranted at this time. Neither the factual nor legal issues in the case are complex, plaintiff has demonstrated an understanding of the legal basis for her claim on the facts alleged, and she has shown that she can adequately present her claim to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Qiana K. Feemster-Wright's application to proceed without prepayment of the required filing fees and costs [2] is **GRANTED**, and the filing fee is waived.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue upon plaintiff's complaint as to defendant St. Louis County

Board of Election Commissioners, 725 Northwest Plaza Drive, St. Ann, Missouri 63074.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Appointment of Counsel [3] is **DENIED without prejudice.**

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2026.